Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-mail: lhandley@aldridgepite.com

*Attorneys for Defendant:*
*Wells Fargo Bank, N.A., successor-by-merger to Wachovia Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MTC FINANCIAL, INC. d/b/a Trustee Corps, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW E. ROTHBART, an individual; WELLS FARGO BANK, N.A., successor-by-merger to Wachovia Bank; FIA CARD SERVICES, N.A.; UNITED STATES OF AMERICA (District Director of Internal Revenue); DISCOVER BANK; REPUBLIC SILVER STATE DISPOSAL, INC.,<br><br>Defendants. | Case No. 2:18-cv-01637-JCM-CWH<br><br><br><br><u>**STIPULATION AND ORDER TO DISMISS WELLS FARGO BANK, N.A.**</u> |

Defendant WELLS FARGO BANK, N.A., successor-by-merger to Wachovia Bank, N.A. ("Wells Fargo"), Defendant UNITED STATES OF AMERICA ("IRS"), and Plaintiff MTC FINANCIAL, INC. d/b/a Trustee Corps. ("MTC" and collectively the "Parties")), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. MTC's Complaint in Interpleader on file herein seeks to adjudicate certain rights of the above-named Defendants as to excess proceeds following a foreclosure sale on December 9, 2016 under a deed of trust. (*See* ECF No. 1).

2. The IRS filed its Answer & Claim to Funds on September 5, 2018. (ECF No. 3).

3. Wells Fargo filed and served its Answer to Complaint in Interpleader and Claim to Excess Proceeds ("Answer/Claim") on October 23, 2018. (ECF No. 7).

4. No other party or defendant has filed an appearance.

5. Wells Fargo hereby withdrawals its Answer/Claim and disclaims any further interest in the excess proceeds at issue in the Complaint in Interpleader.

6. Now wherefore, in light of the foregoing, Wells Fargo is hereby dismissed with prejudice, with each party to bear their own fees/costs as to each other. However, nothing in this stipulation shall prejudice MTC or the IRS' rights to pursue any fees/costs from the excess proceeds at issue in the Complaint in Interpleader.

IT IS SO STIPULATED AND AGREED.

Dated this 18th day of December, 2018.

| | |
|---|---|
| ALDRIDGE PITE, LLP | U.S. DEPARTMENT OF JUSTICE |
| /s/ Jory C. Garabedian | /s/ Alexander Stevko |
| Jory C. Garabedian<br>Nevada Bar No. 10352<br>Attorneys for Defendant,<br>*Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A.* | Alexander Stevko<br>Attorney for Defendant<br>*United States of America* |

MALCOLM CISNEROS

*Nathan F. Smith*

Nathan F. Smith
Nevada Bar No. 12642
Attorney for Plaintiff
*MTC Financial Inc. d/b/a Trustee Corps.*

**IT IS SO ORDERED** December 20, 2018.

_____
U.S. DISTRICT COURT JUDGE

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the foregoing, over the age of eighteen (18) years, and not a party to this action. My business address is 520 South Fourth Street, Suite 360; Las Vegas, Nevada 89101-6500.

I hereby certify that on the 18th day of December, 2018, I served the above-described documents electronically on the following, who are registered as electronic case filing users of the Case Management/Electronic Case Files (CM/ECF) system:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 18th day of December, 2018, in Las Vegas, Nevada.

*/s/ Chelsea Miller*
CHELSEA MILLER
an employee of ALDRIDGE PITE, LLP