NATHAN F. SMITH, Nevada Bar No. #12642
MALCOLM ♦ CISNEROS, A Law Corporation
7473 W. Lake Mead Blvd., #100
Las Vegas, NV 89128
Phone:  (702) 728-5285
Fax:     (702) 728-5228
Email:   nathan@mclaw.org

*Attorneys for MTC Financial, Inc. d.b.a. Trustee Corps*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MTC FINANCIAL, INC. d.b.a. TRUSTEE CORPS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW E. ROTHBART; WELLS FARGO BANK, N.A.; UNITED STATES OF AMERICA; FIA CARD SERVICES, N.A.; DISCOVER BANK; and REPUBLIC SILVER STATE DISPOSAL, INC.<br><br>    Defendants. | Case No. 2:18-cv-01637-JCM-CWH<br><br>**MOTION TO DISMISS** |

///

///

///

1

Pursuant to Federal Rule of Civil Procedure 41(a)(2), MTC Financial, Inc. d.b.a. Trustee Corps ("MTC"), by and through its undersigned counsel, hereby voluntarily dismisses the instant action, without prejudice. Pursuant to the Stipulation filed on April 22, 2021, MTC has complied with the terms stated therein and has paid the United States of America $90,963.31.

Each party will bear its own attorneys' fees, expenses, and costs.

DATED: July 16, 2021

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: */s/ Nathan F. Smith*
NATHAN F. SMITH
*Attorneys for MTC Financial, Inc. d.b.a. Trustee Corps*

IT IS SO ORDERED July 22, 2021.

_____
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2112 Business Center Drive, Second Floor, Irvine, California 92612.

The foregoing document described as **MOTION TO DISMISS** will be served on the interested parties in this action as follows:

I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") - The foregoing document will be served by the court via NEF and hyperlink to the document. On July 16, 2021, I checked the mailing information for this case and the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

Jory C. Garabedian
jgarabedian@aldridgepite.com,nvfilings@aldridgepite.com

Laurel I. Handley
lhandley@aldridgepite.com,nvfilings@aldridgepite.com

Christine A Roberts
Croberts@mclaw.org,christine@crobertslaw.net,shelley@crobertslaw.net,lynn@crobertslaw.net

Nathan Smith
nathan@mclaw.org,cvalenzuela@mclaw.org

Alexander E. Stevko
alexander.stevko@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2021, at Irvine, California.

*/s/ Christina Valenzuela*
Christina Valenzuela

3